**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State, Respondent,

v.

Christopher Greene, III, Appellant.

Appellate Case No. 2018-000189

———————

Appeal From Berkeley County
D. Craig Brown, Circuit Court Judge

———————

Unpublished Opinion No. 2021-UP-041
Submitted January 1, 2021 – Filed February 10, 2021

———————

**APPEAL DISMISSED**

———————

Appellate Defender Joanna Katherine Delany, of
Columbia, for Appellant.

Attorney General Alan McCrory Wilson and Senior
Assistant Deputy Attorney General William M. Blitch,
Jr., both of Columbia, for Respondent.

———————

**PER CURIAM:**  Dismissed after review pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Counsel's motion to be relieved is granted.[1]

**APPEAL DISMISSED.**

**HUFF, WILLIAMS, and GEATHERS, JJ., concur.**

---

[1]  We decide this case without oral argument pursuant to Rule 215, SCACR.